# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 25, 2019

155197

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DERNIA MARTINEZ,
        Plaintiff-Appellant,

v

TMF II WATERCHASE, LLC,
        Defendant-Appellee.

SC: 155197
COA: 329931
Kent CC: 14-008385-NI

_____/

By order of May 30, 2018, the application for leave to appeal the December 15, 2016 judgment of the Court of Appeals was held in abeyance pending the decision in *Stacker v Lautrec, Ltd* (Docket No. 155120). On order of the Court, leave to appeal having been denied in *Stacker* on March 29, 2019, 503 Mich 991 (2019), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 25, 2019



Clerk

a0918